IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. H-12-119-2 |
| | § | |
| ALEXANDER ORTEGA | § | |

**O R D E R**

Defendant Alexander Ortega filed an agreed motion to continue, (Docket Entry No. 60). The court held a conference on this motion on June 10, 2013. The motion is granted. The court finds that the interests of justice are served by granting this continuance and that those interests outweigh the interests of the public and the defendant in a speedy trial. The docket control order is amended as follows:

| | |
|---|---|
| Suppression Hearing set for: | **August 5, 2013 at 9:00 a.m.** |
| Motions are to be filed by: | August 16, 2013 |
| Responses are to be filed by: | August 30, 2013 |
| Pretrial conference is reset to**:** | **September 9, 2013 at 8:45 a.m.** |
| Jury trial and selection are reset to: | **September 16, 2013 at 9:00 a.m.** |

SIGNED on June 11, 2013, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge